NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000853
27-JUN-2013
09:34 AM

NO. CAAP-12-0000853

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

In the Matter of PUBLIC UTILITIES COMMISSION
Instituting a Proceeding to Investigate
the Implementation of Feed-In Tariffs

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
STATE OF HAWAI'I
(DOCKET NO. 2008-0273)

ORDER GRANTING SOLAR HUB UTILITIES LLC'S
JUNE 3, 2013 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed June 3, 2013, by Petitioner-Appellant Solar Hub Utilities LLC, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, June 27, 2013.

Presiding Judge

Associate Judge

Associate Judge